**IN THE UNITED STATES DISTRICT COURT FOR THE**
**WESTERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| RONALD BONDURANT, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. CIV-07-602-M |
| ) | |
| CAMP VERDE DETENTION CENTER ) | |
| OFFICERS, et al., ) | |
| ) | |
| Defendants. ) | |

**ORDER**

On July 20, 2007, United States Magistrate Judge Bana Roberts issued a Report and Recommendation in this action brought pursuant to 42 U.S.C. § 1983, alleging a violation of plaintiff's constitutional rights. The Magistrate Judge recommended that this action be dismissed without prejudice to refiling because plaintiff has neither paid the partial filing fee as ordered nor shown good cause for such failure. Plaintiff was advised of his right to object to the Report and Recommendation by August 9, 2007. A review of the file reveals no objection has been filed.

Upon de novo review, the Court:

(1) ADOPTS the Report and Recommendation issued by the Magistrate Judge on July 20, 2007, and

(2) DISMISSES this action without prejudice to refiling.

**IT IS SO ORDERED this 21st day of August, 2007.**

*[signature]*
VICKI MILES-LaGRANGE
UNITED STATES DISTRICT JUDGE